WOOD v. BROWN

No. 101 PC.

Case below: 25 N.C. App. 241.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.